**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GS HOLISTIC, LLC, | Case No. 2:22-cv-08742-MCS-PLA |
| Plaintiff, | **JUDGMENT** |
| v. | |
| PLATINUM PIPES, INC. d/b/a LA CIENEGA SMOKE SHOP, YEHOSHUA BLUM, and DOUGLAS SMALDINO, | |
| Defendants. | |

Pursuant to this Court's Order Dismissing Action Pursuant to Federal Rule of Civil Procedure 4(m), it is ordered, adjudged, and decreed that this case is dismissed without prejudice. Plaintiff shall take nothing from this action.

**IT IS SO ORDERED.**

Dated: March 30, 2023

MARK C. SCARSI
UNITED STATES DISTRICT JUDGE

1